UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RYAN HARRIS,

    VS                    CASE NO. 4:08cv569-RH/CAS

DAVID C. HOBBS, etc.,

**JUDGMENT**

It is ordered that the plaintiff Ryan Harris recover from the defendant Sheriff of Jefferson County, Florida, in his official capacity, the amount of $23,019.03 as attorney's fees.

                  JESSICA J. LYUBLANOVITS
                  CLERK OF COURT

December 6, 2013        s/David L. Thomas
DATE                      Deputy Clerk: David Thomas